[Daptransmittalnoa] [TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
MIDDLE DIVISION
www.flmb.uscourts.gov

In re: Sam Dawkins

Case No. 6:13-bk-01294-CCJ
Chapter 7

_____Debtor(s)_____/

Deborah H Raspa

    Plaintiff(s)

vs.

Sam Dawkins

Adv. Pro. No. 6:13-ap-00130-CCJ

FILED 2016 APR 28 PM 12:19 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

_____Defendant(s)_____/

TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this adversary proceeding.

Notice of Appeal filed by Sam Dawkins on 3/8/2016 (Doc. No. 151) Title of the order appealed is Order Denying Amended Motion by Defendant for Relief from Judgment (Doc. No 144) entered on 2/16/2016.

The party or parties included in the appeal to the District Court are:

APPELLANT: Sam Dawkins
               1537 Wacker Avenue
               Palm Bay, FL 32909-0000

    ATTORNEY: Pro Se

APPELLEE: Deborah H Raspa
              PO Box 120896
              West Melbourne, FL 32912

    ATTORNEY: Pro Se

ADDITIONAL PARTIES IN INTEREST INCLUDE:

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

- Notice of Appeal
- Order Denying Amended Motion by Defendant for Relief from Judgment

The debtor's county of residence is Brevard County, Florida.

DATED on April 28, 2016.

                FOR THE COURT
                Lee Ann Bennett, Clerk of Court

                George C Young United States Courthouse
                400 West Washington Street, Suite 1500
                Orlando, FL 32801