UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In Re: Sam Dawkins**

**SAM DAWKINS,**

        **Appellant,**

**v.**                                        **Case No:  6:16-cv-722-Orl-41**

**DEBORAH H. RASPA,**

        **Appellee.**
_____

## RELATED CASE ORDER
## AND TRACK ONE NOTICE

It is hereby **ORDERED** that, no later than **fourteen (14) days from the date of this Order**, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.  It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case. All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

May 3, 2016

| | |
|---|---|
| ROY B. DALTON, JR.<br>Roy B. Dalton, Jr. [37]<br>United States District Judge | PAUL G. BYRON<br>Paul G. Byron [40]<br>United States District Judge |
| CARLOS E. MENDOZA<br>Carlos E. Mendoza [41]<br>United States District Judge | |
| G. KENDALL SHARP<br>G. Kendall Sharp [18]<br>Senior United States District Judge | PATRICIA C. FAWSETT<br>Patricia C. Fawsett [19]<br>Senior United States District Judge |
| GREGORY A. PRESNELL<br>Gregory A. Presnell [31]<br>Senior United States District Judge | JOHN ANTOON II<br>John Antoon II [28]<br>Senior United States District Judge |
| ANNE C. CONWAY<br>Anne C. Conway [22]<br>Senior United States District Judge | |
| DAVID A. BAKER<br>David A. Baker [DAB]<br>United States Magistrate Judge | KARLA R. SPAULDING<br>Karla R. Spaulding [KRS]<br>United States Magistrate Judge |
| GREGORY J. KELLY<br>Gregory J. Kelly [GJK]<br>United States Magistrate Judge | THOMAS B. SMITH<br>Thomas B. Smith [TBS]<br>United States Magistrate Judge |

Attachment:   Notice of Pendency of Other Actions [mandatory form]

Copies to:   All Counsel of Record
             All *Pro Se* Parties

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In Re: Sam Dawkins**

**SAM DAWKINS,**

       **Appellant,**

**v.**                                                **Case No:  6:16-cv-722-Orl-41**

**DEBORAH H. RASPA,**

       **Appellee.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____  IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____  IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
    [Address and Telephone]