FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

2016 JUL 26 PM 12:48

MIDDLE DIST
ORLANDO, FL

In Re: Sam Dawkins

SAM DAWKINS                  CASE NO: 6:16-cv-722-Orl-41

      Appellant,

v.                            MAIN CASE NO. 6:13-BK-01294-CCJ
                              CHAPTER 7

DEBORAH H. RASPA

      Appellee.

_____

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

Appellant, SAM DAWKINS, respectfully requests this Court to grant him an extension of time within which to file his initial brief and in support of this motion states as follows:

1. This case is an appeal by Appellant of a decision of the bankruptcy court.

2. The Appellant filed a timely appeal and the case was docketed with the District Court on May 11, 2016; therefore, pursuant to Rule 8018(a) of the Rules of Bankruptcy Procedure, Appellant's Initial Brief is due on June 10, 2016.

3. This case involves complex and complicated issues of whether the Bankruptcy Court erred by concluding that certain Stipulation of Settlement (Main Case ECF No. 22-1; the "Stipulation") setting out non-dischargeable amounts constituted a waiver of the usury defense as

well as issues of whether criminally usurious non-dischargeable debts are enforceable under Florida usury laws.

4. Appellant has made a diligent effort to file his Initial Brief, but finds additional time is necessary in order to file a meaningful Initial Brief.

5. Appellant requests additional time in which to file his Initial Brief, so that the Initial Brief shall be due on or before September 9, 2016.

6. This Motion is made in good faith, and not merely for purposes of delay.

WHEREFORE, Appellant, SAM DAWKINS, requests this Court to grant him an extension until September 9, 2016 to file his Initial Brief.

DATED this 25th day of July, 2016.

Respectfully submitted,

Sam Dawkins, Appellant, *pro se*
1537 Wacker Ave
Palm Bay, FL 32909
(321) 345-8130

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2016, a true and correct copy of the foregoing was filed with the Clerk of the Court and furnished to **Charles R. Stretch**, Assistant United States Trustee, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801 and **Deborah H. Raspa**, P.O. Box 120896, West Melbourne, FL 32912, by first class U.S. Mail, postage fully prepaid or by electronic notice.

Respectfully submitted,

Sam Dawkins, Appellant, *pro se*
1537 Wacker Ave
Palm Bay, FL 32909
(321) 345-8130