FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

2016 AUG 22  PM 3: 57

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

In Re:

SAM DAWKINS,                                          Bankr. Case No.: 6:13-bk-01294-CCJ
                                                      Chapter 7

    Debtor,
_____/

SAM DAWKINS

    Appellant,                                        Case No: 6:16-cv-722-Orl-41

v.

DEBORAH H. RASPA

    Appellee.
_____/

## APPELLANT'S MOTION FOR EXTENSION OF
## TIME TO FILE APPELLATE BRIEF

Appellant, SAM DAWKINS, respectfully moves this Court for a 4-day extension of time, through and including August 26, 2016, within which to serve his initial brief, and states as follows:

1. On July 26, 2016, Appellant filed a motion for an extension of time to file an initial brief, in which Appellant sought until September 9, 2016 to file the brief. By order rendered August 4, 2016, this Court granted an extension to on or before

August 22, 2016. [Doc. 14]. However, Appellant did not receive a copy of the Order until August 18, 2016.

2. Appellant has worked diligently to prepare and timely file his brief since the record was transmitted to the Court.

3. This Motion is made in good faith and not merely for purposes of delay. Appellant intends to fully prosecute this appeal and respectfully requests a 4-day extension of time, through and including August 26, 2016, within which to serve his initial brief.

WHEREFORE, Appellant, SAM DAWKINS, requests this Court to grant him an extension, through and including August 26, 2016, within which to serve his initial brief.

**DATED** this 22nd day of August, 2016.

Respectfully submitted,

Sam Dawkins, Appellant, *pro se*
1537 Wacker Ave
Palm Bay, FL 32909
(321) 345-8130

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August, 2016, a true and correct copy of the foregoing was filed with the Clerk of the Court and furnished to **Charles R. Stretch**, Assistant United States Trustee, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801 and **Deborah H. Raspa**, P.O. Box 120896, West Melbourne, FL 32912, by first class U.S. Mail, postage fully prepaid.

Respectfully submitted,

/s/ Sam Dawkins
Sam Dawkins, Appellant, *pro se*
1537 Wacker Ave
Palm Bay, FL 32909
(321) 345-8130